**Order entered April 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-01086-CR

**FRANZWA DUVAR MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F09-40846-J**

## ORDER

The Court has before it appellant Franzwa Duvar Miller's April 8, 2013 "Motion to Stay of Mandate." The mandate in this cause issued on January 28, 2013; accordingly, the motion is **DENIED** as moot. To the extent the motion can be read to seek to withdraw the mandate, that request is also **DENIED**.

/s/    MOLLY FRANCIS
          JUSTICE